# BIS | BARNES IACCARINO & SHEPHERD LLP

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

January 21, 2020

> **MEMO ENDORSED:** Plaintiffs' application to stay the pending motion and action is granted. Plaintiffs directed to provide the Court with a written update as to the status of the bankruptcy by March 23, 2020. Clerk of the Court requested to terminate the motion (doc. 132).
> Dated: Jan. 21, 2020
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Via Fax (914) 390-4179 and by ECF
Hon. Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re: Board of Trustees of Local Union No. 373 et al. v. Mid Orange Mechanical Corp. et al. (17-cv-2669)(NSR)(JCM)

Dear Honorable Judge Roman:

There is currently before your Honor a Motion to Amend the Complaint and add two additional defendants (1191 Dolsontown Road, LLC and Mid-Orange Fire Protection Corp.) in the above-captioned matter. Pursuant to Your Honor's Order dated December 20, 2019, Defendant's Opposition to the Motion was to be served on or before January 17, 2020, and Plaintiff's Reply was to be served on or before January 31, 2020.

1191 Dolsontown Road, LLC, one of the two entities that Plaintiff seeks to add as defendants to the above captioned matter, filed for bankruptcy (Case No. 19-36870-cgm, U.S. Bankruptcy Court, SDNY). Accordingly, due to the filing of a petition for Bankruptcy by 1191 Dolsontown Road, LLC, the instant Motion to Amend the Complaint is stayed with respect to 1191 Dolsontown Road, LLC.

We will be making a motion to the Bankruptcy Court for relief from the Stay on or before March 10, 2020. Accordingly, we respectfully request that Plaintiff's pending Motion to Amend the Complaint be stayed in its entirety. Thank you for your attention and courtesies in this matter.

Sincerely,

Michele Joy Harari, Esq.

cc: Honorable Judge McCarthy (by ECF)
Mark T. Starkman, Esq. (By ECF)