USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Trustees of the Local No. 373 United Association of Journeymen and Apprentices of the Plumbing and Pipefitting Industry Benefits Funds, | ) <br> ) <br> ) Index # 17-cv- 2669 (NSR)(JCM) <br> ) |
| Plaintiffs, | ) JUDGEMENT |
| -against- | ) |
| Mid Orange Mechanical Corp. a/k/a Mid-Orange Mechanical Corporation and Mid-Orange Plumbing And Heating, Inc., Mid-Orange Fire Protection Corp., And 1191 Dolsontown Road, LLC. | ) |
| Defendants. | ) |

---

This Court having rendered an Opinion & Order granting in part and denying in part Plaintiff's motion for summary judgment in the above-captioned matter on March 18, 2024 does now, upon all the pleadings and filings in this matter including the Statement of Damages and Supporting Documents thereto, hereby award Judgment as follows.

**ORDERED, ADJUDGED AND DECREED**:

**As against Defendant Mid Orange Mechanical Corp. a/k/a Mid-Orange Mechanical Corporation a total Judgment of Seven Hundred and Twenty-Three Thousand Six Hundred and Ninety-Seven dollars and Sixty-Three Cents ($723,697.63)** on the <u>First and Second Claims</u> for relief which represents principal amount due, jointly and severally with Mid-Orange Plumbing and Heating, Inc., for ERISA fringe benefit fund contributions owed for the period of April 25, 2012 through May 1, 2013 in the amount of One Hundred Forty-Seven Thousand Six Hundred Eleven Dollars and Thirty-Five Cents

($147,611.35) plus Interest and Liquidated Damages on the Principal Amount due calculated pursuant to the Collective Bargaining Agreement at three percent (3%) per month for the period of July 1, 2013 through April 30, 2024 in the amount of Five Hundred Seventy-Five Thousand Six-Hundred Eighty-Four Dollars and Twenty-Eight Cents ($575,684.28) plus Court Costs and Disbursements in the amount of Four Hundred and Two Dollars ($402.00);

**And As Against Defendant Mid-Orange Plumbing and Heating, Inc. a total Judgment of Two Million Two Hundred Fifty-Seven Thousand Two Hundred Twenty-Four Dollars and Sixty-Eight Cents ($2,257,224.68)** which represents: on the <u>First and Second Claims for Relief</u>: the principal amount due, jointly and severally with Mid Orange Mechanical Corp., for ERISA fringe benefit fund contributions owed for the period of April 25, 2012 through May 1, 2013 in the amount of One Hundred Forty-Seven Thousand Six Hundred Eleven Dollars and Thirty-Five Cents ($147,611.35) plus Interest and Liquidated Damages on the Principal Amount due calculated at three percent (3%) per month for the period of July 1, 2013 through April 30, 2024 in the amount of Five Hundred Seventy-Five Thousand Six-Hundred Eighty-Four Dollars and Twenty-Eight Cents ($575,684.28); and on the <u>Third Claim for Relief</u>: the judgment amount for benefit fund contributions entered against Mid Orange Mechanical Corp. on February 22, 2013 in the amount of One Hundred Seventy-Three Thousand and Sixty-One Dollars and Fifty-Three Cents ($173,061.53) together with statutory interest calculated at Nine Percent (9%) per annum from March 1, 2013 through April 30, 2024 in the amount of One Hundred Seventy-Three Thousand Nine Hundred and Twenty-Six Dollars and Eighty-Three Cents ($173,926.83); and on the <u>Fourth</u> <u>Claim for Relief</u>:  the judgment amount due, jointly and severally with Mid-Orange Fire and Protection Corp., for withdrawal liability entered against Mid Orange Mechanical Corp. on July 30, 2014 in the amount of Six Hundred Thirty-One Thousand Nine Hundred and Seventy-Eight Dollars ($631,900.78) plus statutory interest calculated at Nine

percent per annum (9%) from August 1, 2014 through April 30, 2014 in the amount of Five Hundred Fifty-Four Thousand Five Hundred Sixty Dollars and Sixty-Nine Cents ($554,560.69); plus Court Costs and Disbursements in the amount of Four Hundred and Two Dollars ($402.00);

**And As Against Defendant Mid-Orange Fire Protection Corp. a Total Judgment of One Million One Hundred Eighty-Six Thousand Nine Hundred Forty Dollars and Sixty-Nine Cents ($1,186,940.69)** on the <u>Fourth Claim for Relief</u> which represents the judgment amount due, jointly and severally with Mid-Orange Plumbing and Heating, Inc., for withdrawal liability entered against Mid Orange Mechanical Corp. on July 30, 2014 in the amount of Six Hundred Thirty-One Thousand Nine Hundred and Seventy-Eight Dollars ($631,978.00) plus statutory interest calculated at Nine percent per annum (9%) from August 1, 2014 through April 30, 2014 in the amount of Five Hundred Fifty-Four Thousand Five Hundred Sixty Dollars and Sixty-Nine Cents ($554,560.69); plus Court Costs of Four Hundred and Two Dollars ($402.00).

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant Mid Orange Mechanical Corp. a/k/a Mid-Orange Mechanical Corporation, and against Defendant Mid-Orange Plumbing and Heating, Inc. and as against Mid-Orange Fire-Protection Corp. and the Clerk of the Court is directed to enter such judgment forthwith.

So Ordered:

Dated: May 16, 2024
      White Plains, NY

_____
Honorable Nelson Stephen Roman, U.S.D.J